1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEREK JONES, | No.  CV 13 – 5165 DTB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED FOURTEEN DOLLARS AND 55/100 ($2,214.55) subject to the terms of the stipulation.

DATE:  June 30, 2014  _____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-